UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEVIEW LOAN SERVICING LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALEJANDRO C. MUNOZ, an individual; GISELA IVETTE ZAMINGIR, an individual; MCT GROUP INC., a California Corporation; COUNTY OF SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES, a governmental entity; VISTA VERDE MASTER ASSOCIATION, a California Nonprofit Corporation; ,SYNCHRONY BANK fka GE MONEY BANK, a financial entity; INTERNAL REVENUE SERVICE, a governmental entity,<br><br>　　　　　　Defendants. | Case No.:  21-CV-0172-BEN-AGS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT THE INTERNAL REVENUE SERVICE'S TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 11]** |

　　　Defendant the United States, on behalf of the Internal Revenue Service, filed an Unopposed Motion for an Extension of Time to Respond to the Complaint. ECF No. 11. Good cause appearing, the Court **GRANTS** the motion. The United States may file its answer or responsive pleading on or before June 7, 2021.

　　　**IT IS SO ORDERED.**

Dated: May 26, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**HON. ROGER T. BENITEZ**
　　　　　　　　　　　　　　　　　　　　　United States District Judge